# EXHIBIT B

# EXHIBIT B

## Accused Product Documentation

**Cerinet USA, Inc. v. Sony Electronics Inc.**
U.S. Patent No. 9,253,428

The following are publicly available product materials concerning the Accused Products (manufacturer datasheets/brochures and/or the manufacturer's public product and regulatory pages).

# SONY ELECTRONICS ANNOUNCES NEW BRAVIA XR 8K LED, 4K OLED AND 4K LED MODELS WITH NEW "COGNITIVE PROCESSOR XR

*Posted on January 15, 2021 in ATSC News (https://www.atsc.org/news/category/atsc-news/)*




(https://www.atsc.org/wp-content/uploads/2021/01/Sony-ATSC-Jan.-14.jpg)

Sony Electronics Inc. today announced the world's first cognitive intelligence televisions[1]. The new **BRAVIA XR** televisions include **MASTER Series Z9J 8K LED**, **MASTER Series A90J** and **A80J OLED**, and **X95J** and **X90J 4K LED**.

## NEWS CATEGORIES

ATSC News Posts (/news/category/atsc-news/)

Press Releases (/news/category/press-releases/)

Videos (/news/videos/)

Photo Galleries (/news/photo-galleries/)

## NEWS ARCHIVES

Select Month

## SUBSCRIBE

Subscribe to **The Standard**, our monthly newsletter. Learn More

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

OK

Powered by the **Cognitive Processor XR**, the brain of the new BRAVIA XR, the televisions use a completely new processing method designed to replicate the ways humans see and hear. When we see objects, we unconsciously focus on certain points. Cognitive Processor XR, powered by cognitive intelligence, divides the screen into numerous zones and detects where the "focal point" is in the picture. While conventional Artificial Intelligence (AI) can only detect and analyze picture elements like color, contrast and detail individually, the new processor can cross-analyze an array of elements at once, just as our brains do. By doing so, each element is adjusted to its best final outcome, in conjunction with each other, so everything is synchronized and lifelike – something that conventional AI cannot achieve.

Cognitive Processor XR can also analyze sound position in the signal so the sound matches precisely with what's on the screen. In addition, it upconverts any sound to 3D surround sound, to deliver supreme realism with an immersive soundscape. It learns, analyzes and understands unprecedented amounts of data and intelligently optimizes every pixel, frame and scene for the most lifelike picture and sound Sony has ever delivered.

"Sony's goal is to offer viewers the best and most immersive experience – authentically delivering the creator's true intent," said Mike Fasulo, president and chief operating officer of Sony

(/subscribe/)

**First Name** *

**Last Name** *

**Email** *

SUBSCRIBE »

## JOIN ATSC

ATSC is a membership organization with both voting and observer categories. Voting members include corporations, nonprofit organizations, and government entities, and they participate actively in the work of ATSC. Observers are individuals or entities not eligible to be a voting member.

BECOME A MEMBER » (/MEMBERS/BECOME-A-MEMBER/)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Electronics, Inc. "Our new BRAVIA CORE technology and the XR lineup takes the industry to the next level with a powerful, cinematic experience, enabled by **the world's first TVs with cognitive processors**[1]."

**Key BRAVIA XR Lineup Highlights:**

- **BRAVIA CORE™:** In collaboration with Sony Pictures Entertainment (SPE), BRAVIA CORE™ is where entertainment meets technology and was developed to add value and showcase unique Sony experiences. Pre-loaded on all new BRAVIA XR models, users can enjoy a selection of the latest SPE premium and classic titles[2] and the largest IMAX Enhanced movie collection. BRAVIA CORE is the first in the industry to feature Pure Stream™ technology, achieving near lossless UHD BD equivalent quality with streaming up to 80 Mbps[3]. Learn more about this collaboration here: https://www.sony.net/bravia-core (https://c212.net/c/link/?t=0&l=en&o=3028495-1&h=3058414713&u=https%3A%2F%2Fwww.sony.net%2Fbravia-core&a=https%3A%2F%2Fwww.sony.net%2Fbravia-core)

- **Google TV:** This lineup also introduces Google TV, a brand-new entertainment experience that brings together movies, shows, live TV and more from apps and subscriptions[4] and organizes them just for

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

you. Easily find something to watch with personalized recommendations and bookmark shows and movies to a single Watchlist to keep track of what to watch. Users can even add to their Watchlist from their phone or laptop with Google Search.

- **HDMI 2.1 Compatibility:** All BRAVIA XR TVs will feature HDMI 2.1 compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC, supporting higher resolutions and frame rates ideal for next-generation gaming.

- **Sound-from-Picture Reality™**: In addition to best-in-class picture quality, the new Cognitive Processor XR also offers incredible sound with Sound-from-Picture Reality™, which aligns the position of the sound with the images on the screen to offer a uniquely lifelike experience.

- **Hands-Free Voice Function:** With hands-free voice control built into Sony's Google TVs[6], you can set aside the remote and just use your voice to search for entertainment, get answers, and control the TV and smart home devices. Try saying "Hey Google, turn on the TV" or "Hey Google, what should I watch?"

- **Smart Speaker Compatibility:** With Google Assistant and Amazon Alexa[7] enabled devices, you may cast and control videos

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

from YouTube with Google Nest speakers® or change the channel or volume with Google Assistant and Amazon Alexa enabled devices.

- **Delivering the Creator's Intent:** The new models will continue to deliver the creator's intent with Netflix Calibrated Mode, offering studio-quality Netflix content, and IMAX® Enhanced™, which features IMAX remastered picture and sound, as well as IMAX Enhanced Mode — fully optimized for playback of cinematic content.

**Sony's New TV Models and Key Features**

**MASTER Series Z9J [85" class (84.6" diag.) and 75" class (74.5" diag.) models] 8K LED TV features:**

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content

- Combined with the precision of a **Full Array LED** panel, **XR Triluminos Pro**, **XR Contrast Booster** and **XR 8K Upscaling**[9] delivers supreme 8K realism with deep blacks and intense brightness

- Latest **XR Motion Clarity** technology cross-analyzes data to ensure action stays smooth, bright and clear with no blur

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

- **X-Wide Angle** technology provides vivid real-world colors from any angle while retaining more color and brightness
- **Acoustic Multi-Audio** technology delivers cinematic surround sound and accurate sound positioning, providing pictures and sound in perfect harmony
- Quick access to an array of content and services with **Google TV**
- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™[10]
- Works with **Alexa** and **Google Assistant**
- **Hands-free voice** search works alongside Google Assistant to provide a smarter viewing experience[6]
- **X-Anti Reflection** minimizes reflection for a distraction-free viewing experience
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform entertainment with ultra-vivid picture quality and incredible moving sound[11]
- **Ambient Optimization** optimizes picture and sound quality in any environment

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

- **Minimalist one slate design** embraces the screen in a single pane of glass that's naturally elegant and keeps viewers focused on the picture without distraction
- **Three-way stand** provides three stand position options, including a narrow position for a smaller footprint, hero position to eliminate distractions and sound bar position to elevate the TV and integrate a soundbar system
- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]
- **Calman® Ready** offers advanced calibration capabilities and the ability to fine-tune adjustments simply not possible through conventional picture settings
- **NextGen TV** (ATSC 3.0) compatibility
- For more information about the Z9J, please visit: https://www.sony.com/electronics/televisions/z9j-series (https://c212.net/c/link/?t=0&l=en&o=3028495-1&h=1968186969&u=https%3A%2F%2Fwww.sony.com%2Felectronics%2Ftel series&a=https%3A%2F%2Fwww.sony.com%2Felectronics%2Ftelevisions%2 series)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

×

**MASTER Series A90J [83" class (82.5" diag.), 65" class (64.5" diag.) and 55" class (54.6" diag.) models] OLED TV features:**

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content

- **XR OLED Contrast** adjusts brightness for higher peaks in glare and deeper blacks in shadow while **XR Triluminos Pro** enables a wider palette to reproduce each color with the subtle differences seen in the real world

- **XR Motion Clarity** technology controls moving images precisely to minimize blur so that pictures remain true with less loss in brightness during high speed scenes

- Quick access to an array of content and services with **Google TV**

- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™

- Works with **Alexa** and **Google Assistant**

- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]

- **Calman® Ready** offers advanced calibration capabilities and the ability to fine-tune

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

adjustments simply not possible through conventional picture settings

- **XR 4K Upscaling** technology upscales 2K signals close to true 4K quality for incredibly real and detailed pictures[9]

- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC

- Improved **Acoustic Surface Audio+** technology delivers more accurate sound positioning and cinematic surround sound, providing pictures and sound in perfect harmony

- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform entertainment with ultra-vivid picture quality and incredible moving sound[11]

- **Ambient Optimization** optimizes picture and sound quality in any environment

- **Two-way stand[13]** provides different stand position options, including a hero position to eliminate distractions and a sound bar position to elevate the TV and integrate a soundbar system

- **Minimalist one slate design** with Seamless Edge bezel embraces the screen in a single pane of glass that's naturally elegant and

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

keeps viewers focused on the picture without distraction

- **Hands-free voice** search works alongside Google Assistant to provide a smarter viewing experience[6]

- **NextGen TV** (ATSC 3.0) compatibility

- For more information about the A90J, please visit: https://www.sony.com/electronics/televisions/a90j-series (https://c212.net/c/link/?t=0&l=en&o=3028495-1&h=3249510255&u=https%3A%2F%2Fwww.sony.com%2Felectronics%2Fte
series&a=https%3A%2F%2Fwww.sony.com%2Felectronics%2Ftelevisions%2
series)

**A80J [77" class (76.7" diag.), 65" class (64.5" diag.) and 55" class (54.6" diag.) models] OLED TV features:**

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content

- **XR OLED Contrast** adjusts brightness for higher peaks in glare and deeper blacks in shadow while **XR Triluminos Pro** enables a wider palette to reproduce each color with the subtle differences seen in the real world

- **XR Motion Clarity** technology controls moving images precisely to minimize blur so

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

that pictures remain true with less loss in brightness during high speed scenes

- Improved **Acoustic Surface Audio+** technology delivers more accurate sound positioning and cinematic surround sound, providing pictures and sound in perfect harmony
- **Three-way stand** provides three stand position options, including a narrow position for a smaller footprint, hero position to eliminate distractions and sound bar position to elevate the TV and integrate a soundbar system
- Quick access to an array of content and services with **Google TV**
- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™
- Works with **Alexa** and **Google Assistant**
- **XR 4K Upscaling** technology upscales 2K signals close to true 4K quality for incredibly real and detailed pictures[9]
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

entertainment with ultra-vivid picture quality and incredible moving sound[11]

- **Ambient Optimization** optimizes picture and sound quality in any environment

- **Minimalist one slate design** with Metal Flush Surface embraces the screen in a single pane of glass that's naturally elegant and keeps viewers focused on the picture without distraction

- **Hands-free voice** search works alongside Google Assistant to provide a smarter viewing experience[6]

- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]

- **Calman® Ready** offers advanced calibration capabilities and the ability to fine-tune adjustments simply not possible through conventional picture settings

- **NextGen TV** (ATSC 3.0) compatibility

- For more information about the A80J, please visit: https://www.sony.com/electronics/televisions/a80j-series (https://c212.net/c/link/?t=0&l=en&o=3028495-1&h=3376516482&u=https%3A%2F%2Fwww.sony.com%2Felectronics%2Fte

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

series&a=https%3A%2F%2Fwww.sony.com%2Felectronics%2Ftelevisions%2
series)

**X95J [85″ class (84.6″ diag.), 75″ class (74.5″ diag.) and 65″ class (64.5″ diag.) models] 4K LED TV features:**

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content
- **Minimalist one slate design** with Seamless Edge bezel embraces the screen in a single pane of glass that's naturally elegant and keeps viewers focused on the picture without distraction
- **X-Wide Angle** technology provides vivid real-world colors from any angle while retaining more color and brightness
- Combined with the precision of a **Full Array LED** panel, **XR Triluminos Pro** and **XR Contrast Booster** deliver supreme realism with deep blacks and intense brightness
- Latest **XR Motion Clarity** technology cross-analyzes data to ensure action stays smooth, bright and clear with no blur
- **Acoustic Multi-Audio** technology delivers cinematic surround sound and accurate

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

sound positioning, providing pictures and sound in perfect harmony

- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform entertainment with ultra-vivid picture quality and incredible moving sound[11]
- **X-Anti Reflection** minimizes reflection for a distraction-free viewing experience[14]
- **XR 4K Upscaling** technology upscales 2K signals close to true 4K quality for incredibly real and detailed pictures[9]
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- **Ambient Optimization** optimizes picture and sound quality in any environment
- **Three-way stand** provides three stand position options, including a narrow position for a smaller footprint, hero position to eliminate distractions and sound bar position to elevate the TV and integrate a soundbar system[15]
- Quick access to an array of content and services with **Google TV**
- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™


## SUBSCRIBE TO OUR NEWSLETTER

Subscribe to *The Standard*, our monthly newsletter, to stay up-to-date with ATSC news and events around the world.

First Name *

Last Name *

Email *

SUBSCRIBE »

**PLATINUM SPONSORS**

(https://www.att.com/smallbusiness/wireless/?
smb=true&WT.srch=1&source=EBcRNV00000PSM00P&wtExtr
1651758639533:kwd-
300434131573&cid=20370173493&TFN=B2B&ds_eid=7000000
9Co_CNyz1U2QbDXzi24QA_6t0dRjxExByBCaRX04lC1hoCTQc
(https://www.avanci.com/) (https://www.cta.tech/) (https://www.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

×

- Works with Ale[illegible] [illegible]le Assistant
- **Hands-free voice** search works alongside Google Assistant to provide a smarter viewing experie[illegible][6]
- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]
- **Calman® Ready** offers adva[illegible] [illegible]bration capabilities and the ability to fine tune adjustments simply not possible through conventional picture settings
- **NextGen TV** (ATSC 3.0) compatibility
- For more information about the X95L, please visit: https://www.sony.com/electronics/televisions/x[illegible] series (https://c212.net/c/link/?t=0&l=en&o=3028495-1&h=944015053&u=https%3A%2F%2Fwww.sony.com%2Felectronics%2Ftele[illegible] series&a=https%3A%2F%2Fwww.sony.com%2Felectronics%2Ftelevisions%2[illegible] series)

**X92 [100" class (99.5" diag.) model], X90L [75" class (74.5" diag.), 65" class (64.5" diag.), 55" class (54.5" diag.) and 50" class (49.5" diag.) models] 4K LED TV features:**

- **Cognitive Processor XR** understands how humans see and hear, providing a

(https://www.lg.com/us/) (https://www.samsung.com/us/) (http://sbgi.net/) (https://www.[illegible]

(https://zenith.com/)

**GOLD SPONSORS**

(https://www.harmonicinc.com/) (https://www.nielsen.com/) (https://www.verticalbridge.com/)

**SILVER SPONSORS**

(https://www.americantower.com/) (https://castanet.tv/) (https://www.digicap.com/) (https://www.dolby.com/) [illegible] lang=en)

(https://www.gatesair.com/) (https://www.nab.org/) (https://www.resillion.com/) (https://www.scte.org/)

**BRONZE SPONSORS**

(https://www.ateme.com/) (https://www.digitalalertsystems.com/) [illegible]

(https://www.fincons.com/) (https://grabtv.com/) (https://www.hdmi.org/) (https://bts.ieee.org/) (https://www.mirakulo[illegible]

(https://www.pbs.org/) (https://www.rohde-schwarz.com/us/home_48230.html) (https://sm4broadcast.com/) (https://www.synamedia[illegible]

(https://vboxcomm.com/landing-atsc3/)

BECOME A SPONSOR » (/SPONSORS/BECOME-A-SPONSOR/)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

revolutionary experience that completely immerses viewers in their favorite content

- Combined with the precision of a **Full Array LED** panel, **XR Triluminos Pro** and **XR Contrast Booster** deliver supreme realism with deep blacks and intense brightness
- Latest **XR Motion Clarity** technology cross-analyzes data to ensure action stays smooth, bright and clear with no blur
- **XR 4K Upscaling** technology upscales 2K signals close to true 4K quality for incredibly real and detailed pictures
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- **Acoustic Multi-Audio**[16] and sound signal processing technology deliver sound that matches perfectly with what's on screen
- **Ambient Optimization** technology with a light sensor automatically adjusts picture


## SITE LINKS

About (/about/)
Members (/members/)
Sponsors (/sponsors/)
Subcommittees (/subcommittees/)
Technical Documents (/documents/)
ATSC News Posts (/news/)
Events (/events/)
Spotlight ATSC 3.0 (/nextgen-tv/)

SUBSCRIBE TO NEWSLETTER » (/SUBSCRIBE/)

## CONTACT US

ATSC
1300 I Street NW,
Suite 400E
Washington, DC
20005 USA

(https://www.linkedin.com/company/advanced-television-systems-committee-atsc-/)

Do you have questions about ATSC?

CONTACT US » (/CONTACT-US/)

## ABOUT ATSC

ATSC, the Broadcast Standards Association, is an international, non-profit organization developing voluntary standards and recommended practices for digital terrestrial broadcasting. Serving as an essential force in the broadcasting industry, ATSC guides the seamless integration of broadcast and telecom standards to drive the industry forward. Currently, the ATSC 3.0 Standard is providing the best possible solution for expanding the potential of the broadcast spectrum beyond its traditional application to meet changing needs. From conventional television to innovative digital data services, ATSC has one clear goal: to empower the broadcasting ecosystem like never before.

Become a Member (/members/become-a-member/) | Member Login (http://members.atsc.org/)

© 2026 ATSC

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

# SONY ELECTRONICS ANNOUNCES NEW BRAVIA XR 8K LED, 4K OLED AND 4K LED MODELS WITH NEW "COGNITIVE PROCESSOR XR"

Posted on January 15, 2021 in ATSC News




We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it. OK

Sony Electronics Inc. today announced the world's first cognitive intelligence televisions[1]. The new BRAVIA XR televisions include MASTER Series Z9J 8K LED, A90J and A80J 4K OLED, X95J and X90J 4K LED.

Powered by the Cognitive Processor XR, the 2021 lineup of the new BRAVIA XR televisions use a completely new processing method designed to replicate the ways humans see and hear. By understanding how the human brain processes information, the TVs are able to cross-analyze numerous elements such as color, contrast and detail, and identify the "focal point" in the picture, delivering an immersive experience.

Cognitive Processor XR also upscales sound to 3D surround sound, and analyzes the position of sound within the picture, delivering sound that matches the picture on screen.

"Our goal is to offer viewers the best and most immersive television experience," said Mike Fasulo, president and chief operating officer, Sony Electronics North America. "The new Cognitive Processor XR delivers an experience that is closer to how humans see and hear, transforming entertainment."

**Key BRAVIA XR Lineup Highlights:**

- **BRAVIA CORE™** – In collaboration with Sony Pictures Entertainment (SPE), BRAVIA CORE™ is a streaming service preloaded on BRAVIA XR models, providing access to the latest releases and classic movies from SPE in high-quality streaming[2][3]. BRAVIA XR owners can enjoy a selection of the latest SPE releases and classic movies with BRAVIA CORE, as well as Pure Stream™ which offers near lossless UHD Blu-ray™ equivalent quality with streaming up to 80 Mbps[3].
- **HDMI 2.1 Compatibility** – BRAVIA XR TVs will feature HDMI 2.1 compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC, supporting next generation gaming.
- **Google TV** – The lineup also comes with Google TV, a brand new entertainment experience that brings together movies, shows and live TV from across your apps and subscriptions and organizes them just for you[4].
- **Sound-from-Picture Reality™** – In addition to best-in-class picture quality, the new Cognitive Processor XR also effects the position of the sound with the images on the screen to offer a uniquely lifelike experience.
- **Hands-Free Voice Function** – With hands-free voice control built into Sony's Google TVs[6], you can search for content and control your TV simply by asking "Hey Google."
- **Smart Speaker Compatibility** – The TVs are compatible with Google Assistant and Amazon Alexa enabled devices[7][8].
- **Delivering the Creator's Intent** – The new models will continue to deliver the creator's intent with Netflix Calibrated Mode, offering studio-quality content, and IMAX® Enhanced™ features, with IMAX remastered picture and immersive audio by DTS[12], as well as Calman® Ready for fine-tune adjustments.

**Sony's New TV Models and Key Features**

MASTER Series Z9J [85" class (84.6" diag.) and 75" class (74.5" diag.) models] 8K LED TV features:

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content
- Combined with the precision of a **Full Array LED** panel, **XR Triluminos Pro**, **XR Contrast Booster** and **XR 8K Upscaling** deliver supreme realism with deep blacks and intense brightness
- Latest **XR Motion Clarity** technology cross-analyzes data to ensure action stays smooth, bright and clear with no blur
- **X-Wide Angle** technology provides vivid real-world colors from any angle while retaining more color and brightness
- **Acoustic Multi-Audio** technology delivers cinematic surround sound and accurate sound positioning, providing pictures and sound in perfect harmony
- **X-Anti Reflection** minimizes reflection for a distraction-free viewing experience
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- Quick access to an array of content and services with **Google TV**
- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™
- Works with **Alexa** and **Google Assistant**
- **Hands-free voice** search works alongside Google Assistant to provide a smarter viewing experience[6]
- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]
- **Calman® Ready** offers advanced calibration capabilities and the ability to fine-tune adjustments simply not possible through conventional picture settings
- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform entertainment with ultra-vivid picture quality and incredible moving sound[11]
- **Ambient Optimization** optimizes picture and sound quality in any environment
- **NextGen TV** (ATSC 3.0) compatibility
- For more information about the Z9J, please visit: https://www.sony.com/electronics/televisions/z9j-series

A90J [83" class (82.5" diag.), 65" class (64.5" diag.) and 55" class (54.6" diag.) models] OLED TV features:

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content
- **XR OLED Contrast Pro** adjusts brightness for higher peaks in glare and deeper blacks in shadow while **XR Triluminos Pro** enables a wider palette to reproduce each color with the subtle differences seen in the real world
- **XR Motion Clarity** technology controls moving images precisely to minimize blur so that pictures remain true with less loss in brightness during high speed scenes
- Quick access to an array of content and services with **Google TV**
- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™
- Works with **Alexa** and **Google Assistant**
- **XR 4K Upscaling** technology upscales 2K signals close to true 4K quality for incredibly real and detailed pictures[9]
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]
- **Calman® Ready** offers advanced calibration capabilities and the ability to fine-tune adjustments simply not possible through conventional picture settings
- Improved **Acoustic Surface Audio+** technology delivers more accurate sound positioning and cinematic surround sound, providing pictures and sound in perfect harmony
- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform entertainment with ultra-vivid picture quality and incredible moving sound[11]
- **Ambient Optimization** optimizes picture and sound quality in any environment
- **Two-way stand**[13] provides different stand position options, including a hero position to eliminate distractions and a sound bar position to elevate the TV and integrate a soundbar system
- **Minimalist one slate design** with Seamless Edge bezel embraces the screen in a single pane of glass that's naturally elegant and keeps viewers focused on the picture without distraction
- **Hands-free voice** search works alongside Google Assistant to provide a smarter viewing experience[6]
- **NextGen TV** (ATSC 3.0) compatibility
- For more information about the A90J, please visit: https://www.sony.com/electronics/televisions/a90j-series

A80J [77" class (76.7" diag.), 65" class (64.5" diag.) and 55" class (54.6" diag.) models] OLED TV features:

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content
- **XR OLED Contrast** adjusts brightness for higher peaks in glare and deeper blacks in shadow while **XR Triluminos Pro** enables a wider palette to reproduce each color with the subtle differences seen in the real world
- **XR Motion Clarity** technology controls moving images precisely to minimize blur so that pictures remain true with less loss in brightness during high speed scenes
- Improved **Acoustic Surface Audio+** technology delivers more accurate sound positioning and cinematic surround sound, providing pictures and sound in perfect harmony
- **Three-way stand** provides three stand position options, including a narrow position for a smaller footprint, hero position to eliminate distractions and sound bar position to elevate the TV and integrate a soundbar system
- Quick access to an array of content and services with **Google TV**
- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™
- Works with **Alexa** and **Google Assistant**
- **XR 4K Upscaling** technology upscales 2K signals close to true 4K quality for incredibly real and detailed pictures[9]
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform entertainment with ultra-vivid picture quality and incredible moving sound[11]
- **Ambient Optimization** optimizes picture and sound quality in any environment
- **Minimalist one slate design** with Metal Flush Surface embraces the screen in a single pane of glass that's naturally elegant and keeps viewers focused on the picture without distraction
- **Hands-free voice** search works alongside Google Assistant to provide a smarter viewing experience[6]
- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]
- **Calman® Ready** offers advanced calibration capabilities and the ability to fine-tune adjustments simply not possible through conventional picture settings
- **NextGen TV** (ATSC 3.0) compatibility
- For more information about the A80J, please visit: https://www.sony.com/electronics/televisions/a80j-series

X95J [85" class (84.6" diag.), 75" class (74.5" diag.) and 65" class (64.5" diag.) models] 4K LED TV features:

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content
- **Minimalist one slate design** with Seamless Edge bezel embraces the screen in a single pane of glass that's naturally elegant and keeps viewers focused on the picture without distraction
- **X-Wide Angle** technology provides vivid real-world colors from any angle while retaining more color and brightness
- Combined with the precision of a **Full Array LED** panel, **XR Triluminos Pro** and **XR Contrast Booster** deliver supreme realism with deep blacks and intense brightness
- Latest **XR Motion Clarity** technology cross-analyzes data to ensure action stays smooth, bright and clear with no blur
- **Acoustic Multi-Audio** technology delivers cinematic surround sound and accurate sound positioning, providing pictures and sound in perfect harmony
- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform entertainment with ultra-vivid picture quality and incredible moving sound[11]
- **X-Anti Reflection** minimizes reflection for a distraction-free viewing experience[14]
- **XR 4K Upscaling** technology upscales 2K signals close to true 4K quality for incredibly real and detailed pictures[9]
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- **Ambient Optimization** optimizes picture and sound quality in any environment
- **Three-way stand** provides three stand position options, including a narrow position for a smaller footprint, hero position to eliminate distractions and sound bar position to elevate the TV and integrate a soundbar system[15]
- Quick access to an array of content and services with **Google TV**
- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™
- Works with **Alexa** and **Google Assistant**
- **Hands-free voice** search works alongside Google Assistant to provide a smarter viewing experience[6]
- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]
- **Calman® Ready** offers advanced calibration capabilities and the ability to fine-tune adjustments simply not possible through conventional picture settings
- **NextGen TV** (ATSC 3.0) compatibility
- For more information about the X95J, please visit: https://www.sony.com/electronics/televisions/x95j-series

X92 [100" class (99.5" diag.) model], X90J [75" class (74.5" diag.), 65" class (64.5" diag.), 55" class (54.5" diag.) and 50" class (49.5" diag.) models] 4K LED TV features:

- **Cognitive Processor XR** understands how humans see and hear, providing a revolutionary experience that completely immerses viewers in their favorite content
- Combined with the precision of a **Full Array LED** panel, **XR Triluminos Pro** and **XR Contrast Booster** deliver supreme realism with deep blacks and intense brightness
- Latest **XR Motion Clarity** technology cross-analyzes data to ensure action stays smooth, bright and clear with no blur
- **XR 4K Upscaling** technology upscales 2K signals close to true 4K quality for incredibly real and detailed pictures
- **HDMI 2.1** compatibility, including 4K 120fps, Variable Refresh Rate (VRR)[5], Auto Low Latency Mode (ALLM) and e-ARC
- **Acoustic Multi-Audio**[16] and sound signal processing technology deliver sound that matches perfectly with what's on screen
- **Ambient Optimization** technology with a light sensor automatically adjusts picture and sound to viewers' environment
- **Minimalist design** maximizes the screen and minimizes the bezel, so users stay focused on what's important – the picture
- Quick access to an array of content and services with **Google TV**
- Easy **connectivity** to most devices, including Apple® AirPlay® 2 and HomeKit™
- Support for **Dolby Vision® HDR** and **Dolby Atmos®** immersive audio will transform entertainment with ultra-vivid picture quality and incredible moving sound[11]
- Works with **Alexa** and **Google Assistant**
- **Netflix Calibrated Mode** offers studio-quality Netflix content, and **IMAX® Enhanced™** delivers IMAX remastered picture and immersive audio by DTS[12]
- **Calman® Ready** offers advanced calibration capabilities and the ability to fine-tune adjustments simply not possible through conventional picture settings
- **NextGen TV** (ATSC 3.0) compatibility
- For more information about the X90J, please visit: https://www.sony.com/electronics/televisions/x90j-series

**Pricing and Availability**

Suggested retail price and retail availability will be announced in spring 2021.

For more information on new Sony television models, please watch Sony's BRAVIA XR announcement video **here** or visit the BRAVIA XR website: https://www.sony.com/electronics/bravia-xr. The announcement video will also be available on January 11 at 5 PM EST during CES 2021 at the following website: https://square.sony.com/.

For more information on all Sony televisions, please visit https://www.sony.com/electronics/tv/t/televisions.

**About Sony Electronics Inc.**

Sony Electronics is a subsidiary of Sony Corporation of America and an affiliate of Sony Corporation (Japan), one of the most comprehensive entertainment companies in the world, with a portfolio that encompasses electronics, music, motion pictures, mobile, gaming, robotics and financial services. Headquartered in San Diego, California, Sony Electronics is a leader in electronics for the consumer and professional markets. Operations include research and development, engineering, sales, marketing, distribution and customer service. Sony Electronics creates products that innovate and inspire generations, such as the award-winning Alpha Interchangeable Lens Cameras and revolutionary high-resolution audio products. Sony is also a leading manufacturer of end-to-end solutions from 4K professional broadcast and A/V equipment to industry leading 4K and 8K Ultra HD TVs. Visit http://www.sony.com/news for more information.

[1] Including a processor that cross-analyses multiple picture elements combined with focal points, recreating human perspective. As of December 2020, verified by Strategy Analytics.

[2] Number and selection of titles differ by model and subject to change.

[3] Normally video service is approximately 25-30Mbps depending on Internet condition.

[4] Google TV integrated services are subject to terms and conditions and may change or terminate without notice.

[5] VRR feature requires firmware update.

[6] Compatible devices require internet connection. Voice Search is available using the included remote control, Android TV Remote Control application with Android 4.0 or higher, or using Sony's TV SideView application available for Android 4.0.3 or higher or iOS 7.0 or higher.

[7] Amazon Alexa enabled devices (sold separately) compatible with Sony's TV devices. Amazon account required. Subscriptions may be required to access certain content. Sony's TV and Alexa devices both require internet connection. Not all smart home features are supported via Alexa, please refer to the enabled Alexa skill for a list of supported features. Amazon, Echo, Alexa, and all related logos are trademarks of Amazon.com, Inc. or its affiliates.

[8] Google Nest speakers (sold sep). Requires compatible devices connected to the same wireless home network. Download the Google Home app from the iPhone App Store or Google Play. Subject to third party app terms and conditions. User must link compatible devices in order to control operation. Once download is complete, the Google Home feature may be connected to the Sony device to access the voice control function.

[9] Upscaled, simulated and enhanced 8K and 4K images will vary based on source content.

[10] Apple® AirPlay® 2 and HomeKit™ features will be available on FY19 models Z9F, A9F, Z9G, A9G, X950G, X850G (85", 75", 65" and 55") / FY20 models Z8H, A9S, A8H, X950H, X900H / FY21 models Z9J, A90J, A80J, X95J, X90J. AirPlay 2 and HomeKit features require an iOS device running iOS 12.3 or later or a Mac running macOS 10.14.5. Apple, AirPlay, HomeKit, iPhone, iPad, Mac, and macOS are trademarks of Apple Inc., registered in the U.S. and other countries.

[11] Consumers can enjoy movies and TV shows in Dolby Vision and Dolby Atmos from compatible streaming services such as Netflix through the TV's native streaming apps or via a compatible streaming media player connected to the TV via HDMI. Requires HDMI® cables sold separately.

[12] Netflix streaming membership required. 4K Ultra HD availability subject to your Netflix subscription plan, internet service, device capabilities, and content availability. www.netflix.com/termsofuse

[13] 83" features three-position stand

[14] Not available for 65" model.

[15] 65" model offers two-position stand.

[16] Not available for 100" model.

Posted in ATSC News

« PREVIOUS ARTICLE | NEXT ARTICLE »

NEWS CATEGORIES

ATSC News Posts
Press Releases
Videos
Photo Galleries

NEWS ARCHIVES

Select Month

SUBSCRIBE

Subscribe to The Standard, our monthly newsletter. Learn More

First Name *

Last Name *

Email *

SUBSCRIBE »

JOIN ATSC

ATSC is a membership organization with both voting and observer categories. Voting members include broadcasters, consumer electronics manufacturers, professional equipment manufacturers and others. Join ATSC and help shape the future of broadcasting.

BECOME A MEMBER »

SUBSCRIBE TO OUR NEWSLETTER

Subscribe to *The Standard*, our monthly newsletter, to stay up-to-date with ATSC news and events around the world.

First Name * | Last Name * | Email *

SUBSCRIBE »

PLATINUM SPONSORS

GOLD SPONSORS

SILVER SPONSORS

BRONZE SPONSORS

BECOME A SPONSOR »



© 2026 ATSC

**Sony Semiconductor Solutions Corporation**

# Demodulator Device for ATSC3.0




**CXD2878ER**

DVB-T/T2/C/C2/S/S2
ISDB-T/C/S J.83A/B/C
**ATSC1.0 / ATSC3.0**

### CXD2878ER

CXD2878ER is a high-performance multi-standard (Terrestrial, Cable and Satellite) demodulator LSI suitable for world wide applications. The latest ATSC3.0 demodulation algorithms are incorporated in an optimized single package, low bill of materials solution.




## DEVICE SPECIFICATION

| Device Specification Detail | | | CXD2878ER |
|---|---|---|---|
| Target markets | | | Europe, ASEAN, India, Middle East, Africa, Japan, Latin America, North America, South Korea |
| Broadcasting standard | Terre-strial | DVB | ETSI EN 300-744 / ETSI EN 302-755 |
| | | ISDB | ARIB STD-B31 |
| | | ATSC | A/53 / A/322 |
| | Cable | DVB | ETSI EN 300-429 / ETSI EN 302-769 |
| | | Other | ITU-T J.83 / ITU-T J.382, ETSI EN 300-421 / ETSI EN 302-307 |
| | Satellite | DVB | ETSI EN 300-421 / ETSI EN 302-307 |
| | | ISDB | ARIB STD-B20 |
| Host interface | | Control | I2C |
| | | Streaming | TS / ALP |
| Operating temperature | | | -20C to 85C |
| Package | | | QVFN 7mm☐ 48pin |
| Schedule | | | MP Ready |

## DEVELOPMENT KIT

Design collateral : Datasheet / Application notes / S/W driver / H/W schematics, BOM
Evaluation collateral: Evaluation board / Windows GUI / Test results









## CONTACT

| US Region | Other Region |
|---|---|
| Jay.Simpson@sony.com | Hiroshi.C.Tanaka@sony.com |



© Copyright 2020, Sony Semiconductor Solutions Corporation

**Sony Semiconductor Solutions Corporation**

# Sony "Tuner +Demodulator" Device




**CXD6800GL**

DVB-T/T2/C/C2,
ISDB-T/C J.83A/B/C




**CXD6801GL**

DVB-T/T2/C/C2,
ISDB-T/C J.83A/B/C
**ATSC1.0 / ATSC3.0**

## CXD6800GL/6801GL

These are Tuner One Package ICs (integrated RF tuner and demodulator) that conform to Terrestrial and Cable standards. The RF tuner block provides low noise, low spurious, excellent protection ratio to interference and high reception sensitivity. The demodulator block offers class-leading performance, optimized BOM requiring no external memory and low processor overhead.




## DEVICE SPECIFICATION

| Device Specification Detail | | | CXD6800GL | CXD6801GL |
|---|---|---|---|---|
| Target markets | | | Europe, ASEAN, India, Middle East, Africa, Japan, Latin America, | Europe, ASEAN, India, Middle East, Africa, Japan, Latin America, **North America, South Korea** |
| Broadcasting standard | Terre-strial | DVB | ETSI EN 300-744 / ETSI EN 302-755 | |
| | | ISDB | ARIB STD-B31 | |
| | | ATSC | - | A/53 / **A/322** |
| | Cable | DVB | ETSI EN 300-429 / ETSI EN 302-769 | |
| | | Other | ITU-T J.83 / ITU-T J.382, ETSI EN 300-421 / ETSI EN 302-307 | |
| Host interface | | Control | I2C | |
| | | Streaming | TS | TS / ALP |
| Operating temperature | | | -20C to 85C | |
| Package | | |  VFLGA 5.2mm x 8.4mm 0.65mm Pin pitch (Pin Compatible) | |
| Schedule | | | MP: Ready | MP Ready |

## DEVELOPMENT KIT

Design collateral : Datasheet / Application notes / S/W driver / H/W schematics, BOM
Evaluation collateral: Evaluation board / multi-tuner reference / Windows GUI / Test results









## CONTACT

| US Region | Other Region |
|---|---|
| Jay.Simpson@sony.com | Hiroshi.C.Tanaka@sony.com |



© Copyright 2020, Sony Semiconductor Solutions Corporation

**NOTICE (Exemption)**
Sony reserves the right to change the contents noted in this manual without prior notice. This information does not convey any license by any implication or otherwise under any intellectual property or other right. Application circuits shown, if any, are typical examples illustrating the operation of the devices. Sony cannot assume responsibility for any problems arising out of the use of these circuits. The contents noted in this manual are the exclusive property of Sony Corporation, and may not be transferred or duplicated in any form, in part or in their entirety, without the express written permission of Sony Corporation.


© Copyright 2020, Sony Semiconductor Solutions Corporation